**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8   UNITED STATES FIDELITY AND                No. C-03-5376 SBA (EMC)
    GUARANTY COMPANY, *et al.*,
9
              Plaintiffs,                      **ORDER CONDITIONALLY LIFTING**
10                                             **TEMPORARY RESTRAINING ORDER**
         v.                                    **UPON POSTING OF APPEAL BOND**
11
    THE SCOTT COMPANIES, INC., *et al.*,       **(Docket No. 318)**
12
              Defendants.
13   _____/      RELATED TO
14  UNITED STATES FIDELITY AND
    GUARANTY COMPANY, *et al.*,                No. C-06-5590 EMC
15
              Plaintiffs,
16
         v.
17
    ROBERT NURISSO, *et al.*,
18
              Defendants.
19   _____/
20
21        Having considered the parties' submission and argument on Defendants' Motion to Lift
22  Temporary Restraining Order ("TRO"), and good cause appearing therefor, the Court hereby orders
23  that:
24        (1)    The TRO herein shall be lifted as to each Defendant upon that Defendant's posting of
25  an appeal bond acceptable to this Court;
26        (2)    The amount of bond for each Defendant is the principal amount of the Judgment
27  against the respective Defendant set froth in the Court's May 10, 2007 Order plus the attorneys'
28

1  fees, expenses and costs sought by St. Paul, and interest thereon at the legal rate for a sufficient time

2  to have Defendants' appeals heard;

3      (3)    Defendants shall submit to Plaintiffs the form of bond and name of sureties five (5)

4  court days before posting.  Plaintiffs shall have three (3) court days to approve or object.  Should

5  there be an objection which the parties cannot resolve, the parties shall file a joint letter with the

6  Court together with the proposed bond.  The parties should note that the Clerk of this Court

7  maintains a list of qualified sureties who appear on the U.S. Treasury list.

8

9      IT IS SO ORDERED.

10

11  Dated:  June 6, 2007

12  _____

13  EDWARD M. CHEN
    United States Magistrate Judge

**United States District Court**
For the Northern District of California

2