**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE SCOTT COMPANIES, INC., *et al.*,<br><br>Defendants.<br>_____/ | No. C-03-5376 SBA (EMC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, EXPENSES, AND COSTS**<br><br>(Docket No. 337) |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT NURISSO, *et al.*,<br><br>Defendants.<br>_____/ | RELATED TO<br><br>No. C-06-5590 EMC |

Defendants have moved the Court to continue the hearing on Plaintiffs' motion for attorney's fees -- currently scheduled for August 22, 2007 -- because counsel for Defendants is scheduled to be in a jury trial at that time. Plaintiffs do not oppose a brief continuance, although they request that the deadlines to file the opposition and reply briefs (*i.e.*, July 25 and August 1, 2007) remain the same.

Because Defendants have demonstrated good cause for the hearing to be continued and because Plaintiffs do not object, the Court hereby **GRANTS** Defendants' motion. The hearing on Plaintiffs' motion for fees shall be continued to **September 12, 2007, at 10:30 a.m.** The briefing

1 schedule, however, shall remain the same as requested by Plaintiffs.  Defendants have not
2 demonstrated that their counsel would not be able to prepare an opposition by August 1.

4    IT IS SO ORDERED.

6 Dated: July 23, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge