Michael G. Long, Bar No. 129771
David R. Johnson, Bar No. 174883
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: (949) 852-6700
Facsimile: (949) 261-0767

Attorneys for Plaintiffs
UNITED STATES FIDELITY AND GUARANTY
COMPANY, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE SCOTT COMPANIES, INC., et al., <br><br> Defendants. | Case No. C03-5376-SBA (EMC) <br> (RELATED CASE) |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT NURISSO, et al., <br><br> Defendants. | Case No. C06-5590 EMC <br> (RELATED CASE) <br><br> STIPULATION AND ORDER RE: LIFTING TRO FOR LIMITED PURPOSE OF PERMITTING JOSEPH GUGLIELMO TO PAY BANK OF AMERICA ACCOUNT FUNDS TO PLAINTIFFS ; ORDER |

Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance Company (collectively, "Plaintiffs") and Defendant Joseph Guglielmo, by and through their counsel of record, stipulate and agree as follows:

. . .

1  WHEREAS,

2  A. On September 22, 2006, a Stipulation and Order Re: Issuance Of Temporary
3  Restraining Order ("TRO") was entered in the instant action.
4  B. There are funds in the amount of $68,013.82 held in Bank of America bank
5  account no. 05255-40012 that is in the name of Guggs Investments, LP and/or
6  Joseph Guglielmo ("Bank Funds") that are subject to the TRO.
7  C. A Judgment dated June 1, 2007 ("Judgment") and an Order Granting in Part and
8  Denying in Part Plaintiffs' Motion for Attorneys' Fees, Expenses, and Costs
9  dated September 18, 2007 ("Order") were both entered in favor of Plaintiffs and
10 against Guglielmo in both of these actions.
11 D. Plaintiffs, Guglielmo and Guggs Investments, LP have agreed that the Bank Funds
12    will be paid to Plaintiffs to satisfy a portion of the amounts owed Plaintiffs under
13    the Judgments and Orders.

14 WHEREFORE, Plaintiffs, Guglielmo and Guggs Investments, LP agree that, as to the
15 Bank Funds only, the TRO will be lifted so that the funds can be paid to Plaintiffs.

17 IT IS SO STIPULATED.

18 Dated: ~~July~~, 2008        WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
19        August 5, 2008
20                              By: _____
                                Counsel for Plaintiffs

22 Dated: July 31, 2008         LAW OFFICES OF JAMES M. SULLIVAN, INC.

23                              By: _____
24                              Counsel for Joseph Guglielmo, Ardis Guglielmo
                                and Guggs Investments, LP

26 Dated: July 31, 2008         Joseph Guglielmo

27                              By: _____

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 2 -

STIPULATION AND ORDER
C03-5376-SBA
C06-5590-EMC

| | | |
|---|---|---|
| 1 | Dated: July___, 2008 | Ardis Guglielmo |
| 2 | | |
| 3 | | By: _____ |
| 4 | Dated: July 31, 2008 | Guggs Investments, LP |
| 5 | | By: _[signature]_ |
| 6 | | |
| 7 | | Printed: Joe Guglielmo<br>Its: General Partner |

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefore, the Court orders that the temporary restraining order entered on September 22, 2006 be lifted only with respect to the $68,013.82 held in Bank of America bank account no. 05255-40012, so that said funds can be immediately paid to Plaintiffs.

IT IS SO ORDERED.
August 6, 2008

Dated July___, 2008

Magistrate Judge Edward M. Chen

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER
C03-5376-SBA
C06-5590-EMC

```
 1  Dated: July___, 2008          Ardis Guglielmo
 2
 3                                By: [signature]
 4  Dated: July___, 2008          Guggs Investments, LP
 5                                By: _____
 6
 7                                Printed: _____
                                  Its:    General Partner
 8
```

## ORDER

Based upon the foregoing stipulation, and good cause appearing therefore, the Court orders that the temporary restraining order entered on September 22, 2006 be lifted only with respect to the $68,013.82 held in Bank of America bank account no. 05255-40012, so that said funds can be immediately paid to Plaintiffs.

IT IS SO ORDERED.

Dated July___, 2008.

_____
Magistrate Judge Edward M. Chen

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER
C03-4376-SBA
C06-5590-BMC