1  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   Michael G. Long, Bar No. 129771
2  mlong@wthf.com
   David R. Johnson, Bar No. 174883
3  djohnson@wthf.com
   2040 Main Street, Suite 300
4  Irvine, CA  92614
   Telephone:     949-852-6700
5  Facsimile:     949-261-0771

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| 12  UNITED STATES FIDELITY AND | Case No.  CV-03-5376- SBA |
| GUARANTY COMPANY, et al., | CV-06-5590-EMC |

13

14              Plaintiffs,          **STIPULATION TO CONTINUE THE
                                     FEBRUARY 23, 2011 CONTINUED
15  v.                               HEARING ON PLAINTIFFS' MOTION
                                     FOR ORDER TO SELL SECURITIES TO
    THE SCOTT COMPANIES, INC., et al.,  PARTIALLY SATISFY PLAINTIFFS'
16                                   JUDGMENT AGAINST JOSEPH
                Defendants.          GUGLIELMO; [PROPOSED] ORDER
17                                   THEREON**

18                                   Date:       February 23, 2011
                                     Time:       10:30 a.m.
19                                   Judge:      Magistrate Edward M. Chen
                                     Courtroom:  C-15th Floor
20

21          Plaintiffs United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance

22  Company, St. Paul Fire and Marine Insurance Company and St. Paul Medical Liability Insurance

23  Company (collectively, "St. Paul") and Judgment Debtor Joseph Guglielmo ("Guglielmo"),

24  through their respective counsel, hereby stipulate and agree as follows:

25          WHEREAS:

26          A.      St. Paul's Motion for Order to Sell Securities to Partially Satisfy Plaintiffs'

27          Judgment Against Joseph Guglielmo ("Motion") was heard by this Court on January 4,

28  2011 at or about 10:30 a.m.

Watt, Tieder,
Hoffar &
Fitzgerald, L.L.P.
Attorneys At Law

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER

CV-03-5376-SBA  CV-06-5590-EMC

1        B.      In its January 11, 2011 Order on the Motion ("Schwab Account Order"), the Court

2 ordered that information regarding a certain account maintained by Guglielmo at Charles Schwab

3 & Co., Inc. be exchanged with St. Paul.  Further, the Court ordered that the parties submit further

4 briefing regarding Guglielmo's need for the funds on February 16, 2011, and set a further hearing

5 regarding Plaintiffs' Motion on February 23, 2011 at 10:30 a.m.

6        C.      On January 14, 2011, St. Paul sent Guglielmo a letter demanding that Guglielmo

7 provide certain documents and information pertaining to his financial condition by January 28,

8 2011 in accordance with the Schwab Account Order ("St. Paul Letter Demand").

9        D.      St. Paul and Guglielmo are presently actively engaged in discussions which may,

10 if successful, ultimately resolve the entire dispute between them, and thereby obviate the need for

11 the information sought in the St. Paul Letter Demand, the additional submissions to this Court

12 and the continued hearing on the Motion.

13      **WHEREFORE,**

14      To allow St. Paul and Guglielmo to complete their discussions without potentially

15 unnecessarily incurring additional expenses and to avoid the potentially unnecessarily

16 expenditure of the resources of this Court, St. Paul and Guglielmo agree to continue:

17        1.      The hearing on St. Paul's Motion from February 23, 2011 by thirty (30)

18 days (to March 25, 2011), as the Court's calendar may permit;

19        2.      St. Paul's and Guglielmo's submission of additional briefing in accordance

20 with the Court's Schwab Account Order from February 16, 2011 to two (2) weeks before

21 the continued hearing date on the Motion (to March 11, 2011); and

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR    - 2 -    CV-03-5376-SBA  CV-06-5590-EMC
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER

1           3.        The deadline for Guglielmo to provide to St. Paul the documentation and

2 information demanded by St. Paul in its St. Paul Letter Demand to twenty-two (22) days

3 before the continued hearing date on the Motion (to February 21, 2011).

4 IT IS SO STIPULATED.

5

6 Dated:  February 1, 2011            WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

7

8                                           By:     /s/ David R. Johnson
                                              Michael G. Long

9                                               David R. Johnson
                                              Counsel for Plaintiffs

10

11 Dated:  February 1, 2011            LAW OFFICES OF JAMES M. SULLIVAN, INC.

12

13                                           By:     /s/ James Sullivan
                                              James Sullivan

14                                               Counsel for Joseph Guglielmo

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

STIPULATION TO CONTINUE FEBRUARY 23, 2011
CONTINUED HEARING ON PLAINTIFFS' MOTION FOR       - 3 -       CV-03-5376-SBA  CV-06-5590-EMC
ORDER TO SELL SECURITIES AND [PROPOSED] ORDER

1

**ORDER**

2          After considering the Stipulation of the parties, and good cause existing therefore, IT IS

3   HEREBY ORDERED THAT:

4          1.      The hearing on St. Paul's Motion is continued from February 23, 2011 at

5   10:30 a.m. to _____March 23_____, 2011 at ____10:30____ a.m./~~p.m.~~;

6          2.      The deadline for St. Paul and Guglielmo to submit additional briefing in

7   accordance with the Court's January 11, 2011 Schwab Account Order is continued from

8   February 16, 2011 to _____March 9_____, 2011.

9          3.      The deadline for Guglielmo to provide to St. Paul the documentation and

10  information   demanded   by   St.   Paul   in   its   St.   Paul   Letter   Demand   is

11  _____February 21_____, 2011.

12

13  **IT IS SO ORDERED**

14

15  Dated: _____February 1_____ ___, 2011

16                                                                 _____

17                                                                 Judge Edward M. Chen

18

*IT IS SO ORDERED AS MODIFIED*

*Judge Edward M. Chen*

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

19

20

21

22
    LASVEGAS 11702.1 101319.001
23

24

25

26

27

28

Watt, Tieder,
Hoffar &
Fitzgerald, L.L.P.
Attorneys At Law

Stipulation to Continue February 23, 2011
Continued Hearing on Plaintiffs' Motion for          - 4 -     CV-03-5376-SBA  CV-06-5590-EMC
Order to Sell Securities and [Proposed] Order